UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20411-MIDDLEBROOKS

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

MARIA ELENA ECHARRI

    *Defendant.*

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND REQUEST FOR APPOINTMENT OF APPELLATE COUNSEL

JOSE M. QUIÑON hereby files this motion to withdraw as counsel of record for Defendant Maria Elena Echarri ("Echarri") and request for the appointment of appellate counsel.

## BACKGROUND

Echarri was charged with one count of conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349, and twenty-four counts of health care fraud, in violation of 18 U.S.C. § 1347. Echarri pled guilty to the § 1349 conspiracy count and the Government dismissed the remaining counts. On December 15, 2015, she was sentenced to 108 months of incarceration, three (3) years of supervised release, and ordered to pay restitution, jointly and severally with her co-defendants, totaling $20,988,636.37. *See* D.E. # 326, Attached as "Exhibit 1."

1

## DISCUSSION

Jose M. Quiñon, was retained to represent Echarri at only the trial court level, and not for appeals. Because Echarri was sentenced on December 15, 2015 and Jose M. Quiñon's representation has been completed. He now seeks to withdraw.

Furthermore, Echarri does not have the financial resources to retain private appellate counsel and respectfully requests this Court to appoint appellate counsel.

## CONCLUSION

WHEREFORE, Jose M. Quiñon respectfully requests to withdraw as counsel of record and asks that the Court to appoint appellate counsel for Echarri.

Respectfully submitted,

/s/ Jose M. Quiñon
JOSE M. QUIÑON, ESQ.
Fla. Bar No. 201944

JOSE M. QUIÑON, P.A.
2333 Brickell Ave, Suite A-1
Miami, Florida 33129
Telephone: (305) 858-5700
Facsimile: (305) 358-7848
Email: jquinon@quinonlaw.com
*Counsel for Maria Elena Echarri*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed via CM/ECF this 22d day of December, 2015.

/s/ Jose M. Quiñon
JOSE M. QUIÑON, ESQ.