UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20411-Cr-MIDDLEBROOKS

UNITED STATES OF AMERICA

    v.

OSLAY BORREGO ALARCON and
MARIA E. ECHARRI,
        Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that OSLAY BORREGO ALARCON and MARIA E. ECHARRI, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment and commitment orders (docket entries 326 and 339) entered in this action on December 16 and 18, 2015.

Respectfully submitted,

s/ Richard C. Klugh
Richard C. Klugh, Esq.
Fla. Bar No. 305294
25 S.E. 2nd Avenue, Suite 1100
Miami, Florida 33131
Tel. (305) 536-1191
Fax (305) 536-2170
E-Mail klughlaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on  December 29, 2015 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Richard C. Klugh
Richard C. Klugh, Esq.